**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-23256-GAYLES/SHAW-WILDER**

**STUDIO JAMES BRAZIL LLC**,

Plaintiff,

v.

**RELATED URBAN CONSTRUCTION LLC**,

Defendant.
_______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant Related Urban Construction LLC's Motion for Summary Judgment ("Motion") and supporting Statement of Undisputed Material Facts. [ECF Nos. 35, 36]. The action was referred to Magistrate Judge Detra Shaw-Wilder, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 52]. On September 9, 2026, Judge Shaw-Wilder issued a Report and Recommendation which recommended that the Motion be granted (the "Report"). [ECF No. 104]. No party has filed objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Shaw-Wilder's well-reasoned analysis and findings. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge Shaw-Wilder's Report and Recommendation, [ECF No. 104], is **ADOPTED in full**;

(2) Defendant's Motion for Summary Judgment, [ECF No. 35], is **GRANTED**;

(3) All pending motions are **DENIED as moot**; and

(4) This case shall be **administratively closed**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE